IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| In the Matter of the Search of:<br><br>Information Associated with (406) 599-7595 that is stored at premises controlled by AT&T Mobility | MJ 20-14-H-KLD<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 29th day of March, 2021.

Kathleen L. DeSoto
United States Magistrate Judge

1